UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD DALE BERCOVICH and<br>HOWARD WEBBER,<br><br>Defendants. | No. CR-13-00662-RS<br><br>[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The defendant came before the Court for a status hearing on November 12, 2013. At that hearing, the case was scheduled for a further status hearing on December 3, 2013, at 2:30 p.m.

The parties agreed, and the Court found, that the time between November 12, 2013, and December 3, 2013, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i) and (h)(7)(B)(iv). The parties represent and this Court found that this delay is necessary to allow counsel for the Defendant to effectively review discovery documents and for effective preparation for trial. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, and as stated on the record at the hearing on November 12, 2013, the Court HEREBY ORDERS the period between November 12, 2013, and December 3, 2013, is

properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i) and (h)(7)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, including the review of discovery, and for continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED

DATED: 11/15/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXCLUDING TIME UNDER
THE SPEEDY TRIAL ACT (NO. CR-13-00662-RS)    2